**Shabbir AHMAD, Petitioner,**

v.

**Eric H. HOLDER, Jr., United States Attorney General, Respondent.**

No. 12–2583–ag.

United States Court of Appeals, Second Circuit.

March 11, 2014.

---

Usman B. Ahmad, Long Island City, NY, for Petitioner.

Stuart F. Delery, Acting Assistant Attorney General (Alison Marie Igoe, Senior Counsel, Jeffrey L. Menkin, Senior Counsel, on the brief), National Security Office of Immigration Litigation National Security Unit, Washington, D.C., for Eric H. Holder, Jr., United States Attorney General, for Respondent.

PRESENT: RICHARD C. WESLEY and CHRISTOPHER F. DRONEY, Circuit Judges, and RONNIE ABRAMS, District Judge.*

### SUMMARY ORDER

Petitioner Shabbir Ahmad seeks review of the June 8, 2012 decision of the BIA affirming the July 1, 2010 decision of Immigration Judge Helen Sichel, which denied Ahmad's applications for asylum, withholding of removal, and relief pursuant to the Convention Against Torture. *In re Shabbir Ahmad*, No. A073 534 636 (B.I.A. June 8, 2012), *aff'g* No. A073 534 636 (Immig. Ct. N.Y. City July 1, 2010). We assume the parties' familiarity with the underlying facts and procedural history.

The petition for review is **DENIED** for substantially the same reasons stated by the BIA in its decision.